IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| COREY WOODARD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | C 08-1043 LRR<br><br>**ORDER** |

　　　　Plaintiff's Motion to Continue (docket no. 26) is before the court. Plaintiff's motion is granted. The hearing on Plaintiff's 2255 Motion is reset from December 29, 2011 to **January 20, 2012 at 2:30 p.m. central time** before the undersigned in Courtroom **2**/Building B, 4200 C Street SW, Cedar Rapids, Iowa.

　　　　The court and attorneys will participate in the hearing from the courtroom. Defendant will attend the hearing via telephone. Defense counsel is to make arrangements with the defendant's counselor and provide the Court with the counselor's name and telephone number at least two days prior to the hearing.

　　　　**DATED** this 29th day of December, 2011.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA