IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
(CEDAR RAPIDS)

| | |
|---|---|
| COREY WOODARD, | ) 2:08-CV-01043-LRR |
| | ) |
| Movant, | ) |
| | ) |
| | ) MOTION TO ACCESS CRIMINAL DOCKET |
| | ) 2:07-cr-01014-LRR-1 |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| Respondent. | ) |

COMES NOW, Movant through counsel, and hereby moves for permission to access confidential documents in the criminal docket: 2:07-cr-01014-LRR-1 . In support, Movant states:

1. Currently, Movant's counsel does not have access to the documents filed under seal in the underlying criminal docket.

2. Movant seeks permission to access documents filed under seal.

3. The clerk's office requires an order prior to allowing Section 2255 counsel to access the civil docket.

WHEREFORE, for the above reasons, and in the attached brief, Movant seeks permission to access criminal docket.

RESPECTFULLY SUBMITTED,

/s/ Rockne Cole

_____
IOWA BAR # 16862
Cole & Vondra, LLP
209 E. Washington, Ste. 305

1

Iowa City, Iowa 52240
(319)358-1900
(319)358-1902 FAX
rocknecole@gmail.com
AT 1675
**ATTORNEY FOR MOVANT**

cc: Parties of Record

PROOF OF SERVICE
The undersigned hereby certifies that a true copy of the forgoing was
_____    personally delivered
_____    mailed under seal
_____    sent via FAX
\_\_\_x\_\_\_   emailed via ECF
to each party of record at their last known address on January 13, 2012
/s/ Rockne Cole
_____