# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 12-1301
_____

Corey Lidell Woodard

Movant - Appellant

v.

United States of America

Respondent - Appellee

_____

Appeal from U.S. District Court for the Northern District of Iowa - Dubuque
(2:08-cv-01043-LRR)
_____

**JUDGMENT**

Before LOKEN, BOWMAN, and SHEPHERD, Circuit Judges

The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

April 03, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans