# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 03, 2012

Mr. Rockne Ole Cole
COLE & VONDRA
209 E. Washington
Suite 305
Iowa City, IA  52240-0000

RE: 12-1301  Corey Woodard v. United States

Dear Counsel:

Enclosed is a copy of the dispositive order entered today in the referenced case.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

Michael E. Gans
Clerk of Court

YML

Enclosure(s)

cc: Mr. Rob Phelps
    Mr. Daniel C. Tvedt
    Mr. Corey Lidell Woodard

District Court/Agency Case Number(s):  2:08-cv-01043-LRR